AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____     District of     _____ ALABAMA _____

WENDY DEAN

V.

LEE COUNTY AND THE LEE COUNTY
COMMISSION

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:05CV758 C

TO: (Name and address of Defendant)

C/O Lee County
C/O Roger Rendleman, County Administrator, Lee County
Lee County Courthouse
215 South Ninth Street
Opelika, Alabama

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward I. Zwilling
Schwartz Zweben & Slingbaum
300 Office Park Drive, Suite 217
Birmingham, Alabama 35223
Telephone: (205) 871-8089
Facsimile: (205) 871-8091
Email: ezwilling@szalaw.com

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                    3-10-05

CLERK                                                                        DATE

(By) DEPUTY CLERK