**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 18, 2005

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re: Wendy Dean    vs. Lee County, et al
Civil Action No.  3:05-cv-758(C)

The above-styled case has been  reassigned to  Judge W. Harold Albritton.

Please note that the case number is now 3:05-cv-758(A).  This new case number should be used on all future correspondence and pleadings in this action.