AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

WENDY DEAN

V.

LEE COUNTY AND THE LEE COUNTY COMMISSION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv758 C

TO: (Name and address of Defendant)

Lee County
C/O Roger Rendleman, County Administrator, Lee County
Lee County Courthouse
215 South Ninth Street
Opelika, Alabama

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward I. Zwilling
Schwartz Zweben & Slingbaum
300 Office Park Drive, Suite 217
Birmingham, Alabama 35223
Telephone: (205) 871-8089
Facsimile: (205) 871-8091
Email: ezwilling@szalaw.com

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                        8-10-05

CLERK                                                   DATE

(BY) DEPUTY CLERK

※AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 8-25-05 |
| NAME OF SERVER (PRINT) David L. West Jr. | TITLE PIA |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Left Copies with Agent of Defendant: Barbara Howard 215 S. 9th St. Opelika, Al.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-25-05
            Date        Signature of Server

P.O. Box 241993 Montgomery, Al 36124
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.