IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:05-cv-758-WHA-CSC |
| | ) |
| LEE COUNTY and the LEE COUNTY COMMISSION, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Robbie Alexander Hyde, of the law firm of Webb & Eley, P.C., and files her notice of appearance as additional counsel of record for the Defendants Lee County and the Lee County Commission in the above-captioned matter.

Respectfully submitted this 15th day of September, 2005.

    s/Robbie Alexander Hyde
    ROBBIE ALEXANDER HYDE   (ALE023)
    Attorney for Defendants Lee County, Alabama, and Lee County Commission
    WEBB & ELEY, P.C.
    7475 Halcyon Pointe Drive (36117)
    P.O. Box 240909
    Montgomery, Alabama  36124
    Telephone:  (334) 262-1850
    Facsimile:  (334) 262-1889
    E-mail:  rhyde@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which shall provide service to the following CM/ECF participant:  **Edward I. Zwilling, Esq.**

    s/Robbie Alexander Hyde
    OF COUNSEL