IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:05-cv-758-WHA-CSC |
| | ) |
| LEE COUNTY and the LEE COUNTY COMMISSION, | ) |
| | ) |
|     Defendants. | ) |

## REVISED REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on February 1, 2006 and was attended by:

    Edward I. Zwilling, counsel for Plaintiff.

    Scott W. Gosnell, counsel for the Defendant.

2. Pre-Discovery Disclosures. The Parties have already exchanged the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan. Discovery will be required on the allegations made in Plaintiff's complaint and the defenses raised in Defendant's answer. The parties jointly propose to the court the following discovery plan:

    a. All discovery commenced in time to be completed by June 30, 2006;

    b. A total of 30 Interrogatories and 30 Requests for Production by the Plaintiff and by the Defendant to any other party.

    c. A total of 30 Requests for Admission by the Plaintiff and by the Defendant to any other party.

    d. The parties have agreed to limit depositions to a total of six (6) on behalf of either party except by agreement of the parties or for good cause.

    e. Each deposition shall be limited to a maximum of 6 hours unless extended by agreement of parties.

    f. Reports from retained experts under Rule 26(a)(2) due:

        From Plaintiff by February 7, 2006.

        From Defendant by March 31, 2006.

    g.    The parties agree to supplement discovery pursuant to Rule 26(e).

    4.    Other items.

    a.    The parties <u>do not request</u> a conference with the court before entry of the Scheduling Order. To the extent the Court prefers to hold such a conference, the parties respectfully request that it be handled telephonically.

    b.    The parties request a pre-trial conference on October 30, 2006.

    c.    Plaintiff should be allowed until October 15, 2005 to join additional parties and until October 15, 2005 to amend pleadings.

    d.    Defendant should be allowed until October 30, 2005 to join additional parties and until October 30, 2005 to amend pleadings.

    e.    All potentially dispositive motions should be filed by July 28, 2006.

    f.    As this matter has only recently been filed, settlement cannot be evaluated at this time, although the parties are hopeful that they will be able to reach an amicable resolution of this matter and will negotiate in good faith in this regard.

    g.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

            From Plaintiff by thirty (30) days prior to trial.

            From Defendant by twenty (20) days prior to trial.

    h.    Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by December 4, 2006, and at this time is expected to take approximately two days.

Dated this 3rd day of February 2006.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Scott W. Gosnell, Esq. |
| Schwartz Zweben & Associates | Webb & Eley, P.C. |
| 300 Office Park Drive | 7475 Halcyon Pointe Road |
| Suite 217 | P. O. Box 240909 |
| Birmingham, Alabama, 35223 | Montgomery, Alabama 36124 |
| Telephone: (205) 871-8089 | Telephone: (334) 262-1850 |
| Facsimile: (205) 871-8091 | Facsimile: (334) 262-1889 |
| Email: ezwilling@szalaw.com | Email: sgosnell@webbeley.com |
| | |
| By:  s/ Edward I. Zwilling | By:  s/ Scott W. Gosnell |
|     Edward I. Zwilling |     Scott W. Gosnell |