IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:05cv758-WHA |
| ) | |
| LEE COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Due to a conflict which has arisen in the court's calendar, the trial of this case, presently scheduled for the term of court commencing December 4, 2006, is RESET for a term of court set to commence on December 11, 2006. All deadlines determined by the trial date shall be governed by this new date.

DONE this 15th day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE