UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

                                          CASE NO: 3:05cv758-A

vs.

LEE COUNTY, et al,

    Defendants.

_____/

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the Plaintiff in the above-styled matter in accordance with the Uniform Scheduling Order previously entered by this Court.

1. Counsel for all parties conducted a face-to-face settlement conference on August 22, 2006 in Birmingham, Alabama.

2. At the face-to-face settlement conference, counsel for all parties resolved all remaining disputed issues and reached an agreement in principle.

3. Subsequently, on August 28, 2006, counsel for Defendants sent a revised settlement agreement reflecting the discussions which occurred during the settlement conference.

4. Counsel for Plaintiff is currently in the process of reviewing the revised settlement agreement and anticipates that the parties will be in a position to stipulate to the dismissal of this matter in the next few weeks once all parties have reviewed and executed the agreement.

5.  In light of the above, Plaintiff does not believe that mediation will be necessary to resolve this matter.

Respectfully submitted,

s/Edward I. Zwilling
Edward I. Zwilling, Esq.
Ala. Bar No. ASB-1564-L54E
Schwartz Zweben & Associates, LLP
300 Office Park Drive
Suite 217
Birmingham, Alabama 35223
Telephone:    (205) 871-8089
Facsimile:    (205) 871-8091
Email: ezwilling@szalaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 29, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Scott W. Gosnell, Esq.

s/Edward I. Zwilling
OF COUNSEL
