UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

vs.

                                              CASE NO: 3:05cv758-A

LEE COUNTY, et al,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Wendy Dean, and Defendants, Lee County and the Lee County Commission by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of the Final Order set forth below.

Respectfully submitted this the 26th day of October 2006.

Edward I. Zwilling, Esq.
Schwartz Zweben & Associates
300 Office Park Drive, Suite 217
Birmingham, Alabama, 35223
Telephone: (205) 871-8089
Facsimile: (205) 871-8091
Email: ezwilling@szalaw.com
By: _____
    Edward I. Zwilling

Scott W. Gosnell, Esq.
Webb & Eley, P.C.
P. O. Box 240909
Montgomery, Alabama 36124-0909
Telephone:  (334) 262-1850
Facsimile:  (334) 262-1772
Email: sgosnell@webbeley.com
By: _____
    Scott W. Gosnell