IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:05cv758-WHA |
| ) | |
| LEE COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. #22), filed on October 26, 2006, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own costs except as set forth in the Settlement Agreement.

DONE this 27th day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE